FAMILY FINANCE CORPORATION v. SAM NADBORNE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

In the Matter of the Application of EVELYN STANHOPE and Others (177) for an Order under Article 78 of the Civil Practice Act against FIORELLO H. LAGUARDIA and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HARRY LAUTERSTEIN v. CRAWFORD CLOTHES, INC., and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ISAAC W. DIGGES v. DAVID A. MUNRO. LEE H. BRISTOL v. DAVID A. MUNRO. HENRY P. BRISTOL v. DAVID A. MUNRO. (Action No. 2.)— Motion for resettlement of orders of this court entered March 27, 1942 [263 App. Div. 984], denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JACOB R. KWELLER and Others against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ELIZABETH MAY MEEKER, Formerly Named Herein ELIZABETH LUSA, Impleaded, etc., v. MANHATTAN HALL STUDIOS, INC.— Motion for resettlement of order of this court entered February 27, 1942 [263 App. Div. 381], and the judgment entered thereon, denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

VICTOR HORNER v. Sir VICTOR SASSOON.— Motion for reargument granted. Order of this court entered March 13, 1942 [263 App. Div. 979], vacated. The order of Special Term entered December 5, 1941, modified so as to provide that this case be set down for the Ready Day Calendar for a date early in May, 1942. Appeal from order of Special Term entered on or about December 30, 1941, dismissed. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LAZLO V. KEVICZKY v. ISADORE LORBER and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.